MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Email: wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-14-00389 YGR |
| Plaintiff, | ) **ORDER DETAINING DEFENDANT ADRIAN JEMISON** |
| v. | ) |
| ADRIAN JEMISON, | ) |
| Defendant. | ) |

Defendant Adrian Jemison is charged in one count of a multiple-count and multiple-defendant Indictment with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). The Indictment alleges additional crimes against other defendants, Roderick Newberry and Gary Anderson.

On September 11, 2014, the United States moved for Jemison's detention as flight risk and as a danger to the community pursuant to 18 U.S.C. § 3142. The Magistrate Court set the matter for a detention hearing on September 18, 2014 pursuant to 18 U.S.C. § 3142(f)(E) (requiring a detention hearing for a felony involving a firearm).

In preparation for the detention hearing, Pretrial Services prepared a bail report and recommended that Jemison be detained as a danger to the community. The bail report noted Jemison's prior criminal history, which included convictions for making a threatening/obscene phone call (2001),

DETENTION ORDER

for driving without a license (2004), for carrying a loaded firearm and making a fictitious check (2010), and for purchasing a prohibited firearm (2012). The bail report further noted an extensive arrest record including arrests for battery (1989), inflicting corporal injury on a spouse/cohabitant (1990), assault with a deadly weapon (1992), inflicting corporal injury on a spouse (1998), battery on a spouse (2005), battery on a spouse (2005), inflicting corporal injury on a spouse/cohabitant (1992), inflicting corporal injury on a spouse and violating a court order (2006). The bail report also noted that Jemison committed the currently charged offense conduct while under previous court ordered supervision.

On September 18, 2014, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the bail report, the alleged offense conduct in this case, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community. See 18 U.S.C. § 3142(e) and (f). The defense offered Jemison's father as a surety, representing that Jemison had a job lined up and place to reside at his father's business and residence, respectively. However, the Court noted that Jemison had sustained most of his criminal history while purportedly employed in the same job.

Accordingly, **IT IS HEREBY ORDERED** that Jemison be detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community. The Court further orders that the hearing may be reopened at Jemison's request at a future time. Jemison is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility. Jemison must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. See 18 U.S.C. § 3142(i)(4).

**IT IS SO ORDERED.**

DATED: 9/19/2014

HON. DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER