# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

UNITED STATES OF AMERICA,

      vs.

ADRIAN JEMISON

         Defendant

Case No.: 14-CR-00389 YGR

**TRIAL SETTING ORDER**

On December 4, 2014, the Court convened a regularly scheduled status conference.  Aaron Wegner appeared on behalf of the government.  Anthony Lowenstein appeared on behalf of defendant Adrian Jemison who was present and out of custody.

The Indictment filed on July 22, 2014 charges one count (identified as Count Two therein) against defendant Jemison for violation of Title 18 U.S.C. § 922(g), felon in possession of a firearm and ammunition for conduct on or about November 8, 2013.

Having considered the record in this action, the arguments of all parties, and, for good cause shown the Court enters the following orders:

1.     **Trial Date and Schedule:**   The trial of this matter is scheduled for to begin on February 2, 2015 at 8:30 a.m. in Courtroom 1 of the above-referenced Court.  Trial schedule will be generally as follows, Monday through Friday, from 8:30 a.m. to 1:30 p.m. with two fifteen minute breaks.  Additional time may be scheduled for matters outside the presence of the jury as necessary and determined by the Court.  Side bars are not permitted.  Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours.

2.   **Pre-Trial Conference:**

    a.   A pre-trial conference shall be held on Friday, January 23, 2015 at 9:30 a.m.

    b.   The parties shall comply with Local Rule 17.1-1(b) and the Court's Standing Order in Criminal Cases.  However, the parties shall file the pretrial conference statement addressing all fifteen (**15**) issues identified therein and all related filings by January 16, 2015.

3.   **Motions in Limine:**

A motion *in limine* refers "to any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered."  *Luce v. United States*, 469 U.S. 38, 40, n. 2 (1984).

Unless otherwise agreed in writing, not less than twenty-one (21) days prior to the pretrial conference, the parties shall serve, **but not file,** motions in limine.  Not less than fourteen (14) days prior to the pretrial conference, the parties shall serve any oppositions thereto.  The parties shall then meet and confer to resolve the motions.

Notwithstanding the flexibility afforded the parties in the preceding paragraph, any motions not resolved shall be filed not less than seven (7) days prior to the pretrial conference.  The parties shall submit one JOINT CHAMBERS set including collating the motion with the respective opposition. The proponent of the motion shall also submit a COMPREHENSIVE proposed form of order summarizing each motion and the requested relief.

Court hereby orders that witnesses shall be excluded until testimony is completed.  Parties are ordered to admonish witnesses of the Court's rulings.  Failure to comply with a ruling by the Court may result in sanctions, including without limitation the striking of the witness's entire testimony.

4.    **Exhibits and Exhibit Lists:**

No witness may be shown any document or other object until it has been marked for identification using an exhibit number.  The jury may not be shown any exhibits until admitted into evidence or stipulated by the parties as to admissibility without the express permission of the Court.

To the extent agreed upon, the parties shall file Exhibit Lists identifying those for which a stipulation of admissibility exists with an "S" in the appropriate box.  When printing and providing these documents to the Court, please use the "portrait" orientation only.  (Do not use "landscape" orientation.)  A sample format is provided below:

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------------|
|         |             |                    |                    |           |               |
|         |             |                    |                    |           |               |
|         |             |                    |                    |           |               |

A binder of anticipated exhibits shall be provided to the Court no later than seven (7) days prior to the pretrial conference.   Physical evidence must also be pre-marked.  For purposes of the Court's binder of anticipated exhibits, a picture of any physical evidence should be taken and placed in the binder.

Parties are advised to review their exhibits critically and determine whether sub-designations are appropriate for both the record and rulings on any potential objections.  For instance, if an exhibit consists of a series of pictures, rather than designate the exhibit collectively as Exhibit 1, each picture should have a designation, *i.e.* Exhibit 1-A, 1-B, 1-C, 1-D, 1-E and 1-F.  Further, to the extent that the evidence are voluminous records, the Court may not need a copy set of the entire exhibit and will

consider proposals for reducing the amount of paper necessary to be included, including use of digital forms of media and/or summaries.

5.     **Equipment:** Computers, projectors, screens and similar equipment must be tested in the courtroom prior to the day when it will be used.  Arrangements may be made with the Courtroom Deputy, Frances Stone, at (510) 637-3540 as to appropriate time for doing so.   Marshals require court order to allow equipment.  Any party needing such an order must file a request and proposed order.

6.     **Failure to Comply:**  Failure to comply with the obligations set forth in this order will result in sanctions appropriate to the gravity of the failure.

IT IS SO ORDERED.

Date: December 17, 2014

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

4