UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**USA**,

          Plaintiff,

   v.

**ADRIAN JEMISON**,

          Defendant.

Case No. 14-cr-00389-YGR-2

**ORDER DENYING REQUEST FOR ADVANCED MAILING OF A JURY QUESTIONNAIRE**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The trial in this action is scheduled to begin on Monday, February 2, 2015. According to the parties, it is expected to last two to three days. The Court denies the defense request to mail a proposed four-page questionnaire in advance to prospective jurors. The Court will use the standard one-page questionnaire supplemented by one additional page of questions and will review the same during the pretrial conference. The questionnaire is intended solely to provide background information and a platform for asking additional more probing questions during voir dire itself. The parties are advised that limited attorney voir dire will be allowed.

**IT IS SO ORDERED.**

Dated: January 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**