UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ADRIAN JEMISON,<br>      Defendant | Case No.: 14-CR-389-2 YGR<br><br>**PRETRIAL ORDER NO. 2** |

On January 28, 2015, the Court held a previously scheduled Pretrial Conference in the above referenced matter. Aaron D. Wegner and Katie Burroughs Medearis appeared on behalf of the United States of America. Defendant Adrian Jemison appeared with counsel of record Anthony Lowenstein. Having considered the filings to date and the arguments and other submissions at the Pretrial Conference, for the reasons stated on the record and good cause shown, the Court enters and confirms the following orders:

1. **Limited Trial Continuance:** The government filed a Motion to Continue Trial Date and Exclude Time Under the Speedy Trial Act where in the government requested a continuance of the trial date until March 2, 2015. (Dkt. No. 84.) The defendant filed a Response and Partial Objection to the Motion including therein his concession that a short and reasonable exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, is appropriate. (Dkt. No. 85.) The motion is **GRANTED IN PART**. The trial in this action shall be continued to **FEBRUARY 23, 2015.**

2. **Speedy Trial Act:** The Court shall exclude time under the Speedy Trial Act, from the date of this order to February 23, 2015, on the grounds of effective preparation of counsel, 18

U.S.C. § 3161(h)(7)(A). Given these circumstances, the Court finds that the ends of justice are served by excluding the above-stated periods of time; this outweighs the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A). The Court finds that the government has not engaged in delay, that the defense report has yet to be produced, that a rebuttal expert has yet to be located, and a rebuttal report produced. Accordingly, the Court orders that the above-stated time periods are excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

       3.    **Further Pretrial Conference:**  The Court shall hold a further pre-trial conference on Thursday, February 12, at 1:30 p.m. to the extent necessary. If there are no outstanding issues, the parties may *jointly* request that it be vacated.

       4.    **Motion *in Limine*:**  There being no opposition, and good cause showing, the government's Motion *in Limine* Regarding Rule 609 (Dkt. No. 69) is **GRANTED.**

This Order terminates Docket Nos. 69 and 84.

**IT IS SO ORDERED.**

Dated: January 28, 2015

                                                    **HON. YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT JUDGE**